# EXHIBIT A
# (Placeholder for Audio Recording)