# EXHIBIT B

**U.S. Customs and Border Protection**

# Inspection of Electronic Devices

## Why You May Be Chosen for an Inspection

You may be subject to an inspection for a variety of reasons, some of which include: your travel documents are incomplete or you do not have the proper documents or visa; you have previously violated one of the laws CBP enforces; you have a name that matches a person of interest in one of the government's enforcement databases; or you have been selected for a random search.

If you are subject to inspection, you should expect to be treated in a courteous, dignified, and professional manner. As the border is a law enforcement environment, CBP officers may not be able to answer all of your questions about an examination that is underway. If you have questions or concerns, you may ask to speak with a CBP supervisor.

## Authority to Search

All persons, baggage, and merchandise arriving in, or departing from, the United States are subject to inspection, search and detention. This is because CBP officers must determine the identity and citizenship of all persons seeking entry into the United States, determine the admissibility of foreign nationals, and deter the entry of possible terrorists, terrorist weapons, controlled substances, and a wide variety of other prohibited and restricted items. CBP is charged with enforcing various laws that authorize such searches and detention (see, for example, 8 U.S.C. §§ 1225 and 1357, and 19 U.S.C. §§ 482, 507, 1461, 1496, 1499, 1581, 1582, and 1595a(d), 22 U.S.C. § 401, and 31 U.S.C. § 5317, as well as the attending regulations of U.S. Customs and Border Protection promulgated at Titles 8 and 19 of the Code of Federal Regulations).

## What Happens Now?

You are receiving this sheet because your electronic device(s) have been detained for further examination, possibly including copying data contained in the device. The CBP Officer who approved the detention will speak with you and explain the process.  You will receive a completed Form 6051-D, which is a written receipt detailing the item(s) that are being detained and who at CBP will be your point of contact and how to contact this person. To facilitate the return of your property within a reasonable time, you must provide a telephone number that will be recorded on the Form 6051-D.

For your convenience, some airport locations have dedicated Passenger Service Managers who are available in addition to the onsite supervisor to address any concerns you may have. Should you have additional questions or concerns, please contact the telephone number provided on the form.

## Return or Seizure of Detained Electronic Device(s)

CBP will contact you by telephone when the examination of your electronic device(s) is complete and to notify you that you may pick-up the item(s) during regular business hours from the location where the item(s) were detained. If it is impractical for you to pick up your device, CBP can make arrangements to ship your device to you at our expense. CBP may retain documents or information relating to immigration, customs, and other enforcement matters if such retention is consistent with the privacy and data protection standards of the system in which such information is retained. Otherwise, if there is no probable cause to seize the information after review, CBP will not retain any copies of the information.

If CBP determines that the device is subject to seizure under law—for example, if the device contains evidence of a crime, contraband or other prohibited or restricted items or information—then you will be notified of the seizure as well as your options to contest it through the local CBP Fines, Penalties, and Forfeitures Office.

Continued ➡

**U.S. Customs and Border Protection**

## Privacy and Civil Liberties Protection

In conducting border searches, CBP officers strictly adhere to all constitutional and statutory requirements, including those that are applicable to privileged, personal, or business confidential information. CBP has strict oversight policies and procedures that implement these constitutional and statutory safeguards. Further information on DHS and CBP privacy policy can be found at **www.dhs.gov/privacy.**

The DHS Office for Civil Rights and Civil Liberties investigates complaints alleging a violation by DHS employees of an individual's civil rights or civil liberties. Additional information about the Office is available at **www.dhs.gov/topic/civil-rights-and-civil-liberties.**

Additional information on CBP's search authority, including a copy of CBP's policy on the border search of information, can be found at: **www.cbp.gov/travel/cbp-search-authority.**

## DHS Travel Redress Inquiry Program (DHS TRIP)

The U.S. Department of Homeland Security's Travel Redress Inquiry Program (DHS TRIP) provides a single portal for travelers who have inquiries or seek resolution regarding difficulties they experienced during travel screening or while crossing U.S. borders, including possible watch list misidentification issues. To initiate an inquiry, please log on to DHS TRIP's interactive website at: *www.dhs.gov/trip.* There you will be prompted to describe your particular concerns and experience, provide contact information to which a response will be directed, and be assigned a case number to help you monitor the progress of your inquiry. In addition, depending on your inquiry, documentation may be required.

## CBP INFO Center

This office responds to general or specific questions or concerns about CBP examinations. You may contact us in any one of three ways:

**Telephone:** During the hours of 8:30 a.m. to 5 p.m. Eastern time:
- (202) 325-8000
- (877) 227-5511 (toll-free call for U.S. callers)
- (703) 526-4200 (international callers)
- (866) 880-6582 (TDD)

**Online:** Through the "Questions" tab at:
- http://www.cbp.gov

**Mail address format:**
- CBP INFO Center, MS 1345
- 1300 Pennsylvania Avenue NW
- Washington, DC 20229

### Privacy Act Statement

Pursuant to 5 U.S.C. § 552a (e)(3), this Privacy Act Statement serves to inform you of the following concerning the possible collection of information from your electronic device.

AUTHORITY and PURPOSE: See above, Authority to Search.

ROUTINE USES: The subject information may be made available to other agencies for investigation and/or for obtaining assistance relating to subject matter expertise, or for translation, decryption, or other technical assistance. This information may also be made available to assist in border security and intelligence activities, domestic law enforcement and the enforcement of other crimes of a transnational nature, and shared with elements of the federal government responsible for analyzing terrorist threat information.

CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION: Collection of this information is mandatory at the time that CBP or ICE seeks to copy information from the electronic device. Failure to provide information to assist CBP or ICE in the copying of information from the electronic device may result in its detention and/or seizure.

CBP Publication No. 2123-1215
Revised December 2015