U.S. Department of Justice

United States Attorney
Eastern District of New York

NCG
F. #2022R00224

271 Cadman Plaza East
Brooklyn, New York 11201

July 14, 2023

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Kurbonali Sultanov
Criminal Docket No. 22-149 (NRM)

Dear Judge Morrison:

The government and defense counsel respectfully submit this letter in response to the Court's order on July 12, 2023 requesting that the parties jointly propose a briefing schedule in response to the government's supplemental letter regarding two recent cases decided on the border search exception. The parties jointly propose the following schedule:

Defendant's Response: Due August 8, 2023
Government's Reply, if any: Due August 22, 2023

Additionally, the government and defense counsel jointly request an order of excludable delay until September 1, 2023, while the Court considers the defendant's motion to suppress and the parties' supplemental briefing. See 18 U.S.C. § 3161(h)(1)(D) (excluding from the 70-day period before the commencement of trial any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion").

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Nina C. Gupta
Assistant U.S. Attorney
(718) 254-6257

cc: Igor Niman, Esq. (by ECF)