**Igor Niman, Esq.**
**Attorney at Law**
**1909 East 17th Street**
**Brooklyn, NY 11229**
**Phone: (718) 382-1689**
**Fax: (718) 228-6633**
**Email: igor_niman@yahoo.com**

August 8, 2023

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: **United States v. Kurbonali Sultanov**
           **Criminal Docket No. 22-149 (NRM)**

Dear Honorable Morrison:

After a Government's submission of additional materials, the Court had scheduled a submission of certain responses to Government's submission for today, August 8, 2023. The defense counsel respectfully submits a request for an adjournment of the submission, for two weeks until August 22, 2023 to allow the defense to submit its response.

Previously, this issue was communicated to Ms. Nina Gupta via email. However, the undersigned had received an automatic reply stating that she will be out of the office until August 18, 2023. In addition, the undersigned attempted to contact Ms. Gupta via her cell phone, but had not received a response yet. The defense consents to excludable delay as it was previously discussed on the record. See, 18 U.S.C. 3161(h)(7)(A) (excluding from the 70-day period between the return of an indictment and the commencement of trial any time that the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial"). This is the defense' first request for a submission of post hearing arguments.

                       Respectfully submitted,

                       /s/ *Igor Niman*

                       Igor Niman, Esq.