

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NCG
F. #2022R00224

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 26, 2023

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kurbonali Sultanov
             Criminal Docket No. 22-149 (NRM)

Dear Judge Morrison:

      The government respectfully submits this letter in response to the Court's order on August 8, 2023 setting a revised briefing schedule. The government respectfully requests an additional week to file its response, such that the government's response be due on or before September 12, 2023. This is the government's first request for an extension of time, and defense counsel consents to this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Nina C. Gupta
      Assistant U.S. Attorney
      (718) 254-6257

cc:    Igor Niman, Esq. (by ECF)