

U.S. Department of Justice

United States Attorney
Eastern District of New York

NCG
F. #2022R00224

271 Cadman Plaza East
Brooklyn, New York 11201

May 14, 2024

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Kurbonali Sultanov
              Criminal Docket No. 22-149 (NRM)

Dear Judge Morrison:

      The government and defense counsel respectfully submit this letter to request an order of excludable delay in the above-referenced case. On February 6, 2023, the defendant filed a motion to suppress statements and evidence. On March 21, 2023, the Court held a hearing on the defendant's motion to suppress, at which time the government presented two witnesses. On April 18, 2023, the Court held a second hearing on the motion to suppress, at which time the Court heard oral argument from both parties. On July 14, 2023, the government filed a supplemental letter advising the Court of relevant case law decided on the border search exception. On August 22, 2023, the defendant filed a response to the government's supplemental letter, and on September 12, 2023, the government filed its reply. On December 18, 2023 and January 11, 2024, the government filed additional supplemental letters advising the Court of relevant case law decided on the border search exception.

Most recently, on March 12, 2024, the Court entered an order of excludable delay until May 14, 2024.  The government and defense counsel jointly request an order of excludable delay for an additional forty-five days, until June 28, 2024, while the Court considers the defendant's motion to suppress.  See 18 U.S.C. § 3161(h)(1)(D) (excluding from the 70-day period before the commencement of trial any "delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing on, or other prompt disposition of, such motion").

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Nina C. Gupta
Assistant U.S. Attorney
(718) 254-6257

cc: Igor Niman, Esq. (by ECF)

2