**Igor Niman, Esq.**
**Attorney at Law**
**1909 East 17th Street**
**Brooklyn, NY 11229**
**Phone: (718) 382-1689**
**Fax: (718) 228-6633**
**Email: igor_niman@yahoo.com**

April 29, 2025

<u>By ECF</u>

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    **United States v. Kurbonali Sultanov**
                        **Criminal Docket No. 22-149 (NRM)**

Dear Honorable Morrison:

I am an attorney for the Defendant in the above referenced matter. Currently Mr. Sultanov is scheduled for sentencing on July 1, 2025.

By means of this communication, I am respectfully asking to change current curfew's monitoring conditions, from home detention to curfew with location monitoring, from 9 a.m. to 10 p.m., and with GPS monitoring.

This request was provided to the pretrial services. According to my communication with Pretrial Services, the office is awaiting Court's decision.

In addition, per Court's direction, I am informing the Court that Mr. Sultanov Presentence Report interview has not taken place, due to the unavailability of defense counsel and probationary officer and is currently scheduled for June 4, 2025 or alternatively June 12, 2025.

By means of this communication, I am respectfully asking the Court to adjourn Mr. Sultanov's sentencing to a later date and change current curfew's monitoring conditions, from home detention to curfew with location monitoring, from 9 a.m. to 10 p.m., and with GPS monitoring.

Thank you very to for your attention to this matter.

                                                              Sincerely,

                                                              *Igor Niman*