**Igor Niman, Esq.**
**Attorney at Law**
**1909 East 17th Street**
**Brooklyn, NY 11229**
**Phone: (718) 382-1689**
**Fax: (718) 228-6633**
**Email: igor_niman@yahoo.com**

August 21, 2025

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: **United States v. Kurbonali Sultanov**
          **Criminal Docket No. 22-149 (NRM)**

Dear Honorable Morrison:

This matter is scheduled for an in Court appearance for September 5, 2025 for sentencing The defense counsel respectfully submits a request for an adjournment of the submission, for two month until the first week of November, 2025 to allow the defense to sentencing memorandum and response to Pre-Sentencing Report.

Previously, this issue was communicated to Ms. Nina Gupta via phone, and she agreed to the adjournment. The defense consents to excludable delay as it was previously discussed on the record. See, 18 U.S.C. 3161(h)(7)(A) (excluding from the 70-day period between the return of an indictment and the commencement of trial any time that the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").

                     Respectfully submitted,

                     /s/ *Igor Niman*
                     Igor Niman, Esq.