

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:MMK
F. #2022R00224

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 19, 2025

By ECF

The Honorable Nina R. Morrison
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Kurbonali Sultanov
      Criminal Docket No. 22-149 (NRM)

Dear Judge Morrison:

   Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Kurbonali Sultanov, has agreed to in connection with his guilty plea accepted by Your Honor on January 31, 2025. The forfeiture of the seized property has been agreed to by the defendant through his counsel. The government respectfully requests that the Court "so order" and enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

   Thank you for Your Honor's consideration of this submission.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

      By: /s/ Marsalla M. King
            Marsalla M. King
            Special Assistant U.S. Attorney
            (718) 254-6188

Encl.: Preliminary Order of Forfeiture
cc:  Counsel of Record (by ECF)