

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NCG
F. #2022R00224

271 Cadman Plaza East
Brooklyn, New York 11201

October 2, 2025

<u>By ECF</u>

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Kurbonali Sultanov
                 <u>Criminal Docket No. 22-149 (NRM)</u>

Dear Judge Morrison:

      A status conference in the above-captioned case is currently scheduled for October 3, 2025 at noon. The government respectfully requests that the status conference be moved one hour later, to 1 pm. Defense counsel is also available and does not object to this request.

                                           Respectfully submitted,

                                           JOSEPH NOCELLA, JR.
                                           United States Attorney

                            By:    /s/
                                           Nina C. Gupta
                                           Assistant U.S. Attorney
                                           (718) 254-6257

cc:    Igor Niman, Esq. (by ECF)