**Igor Niman, Esq.**
**Attorney at Law**
**1909 East 17th Street**
**Brooklyn, NY 11229**
**Phone: (718) 382-1689**
**Fax: (718) 228-6633**
**Email: igor_niman@yahoo.com**

October 17, 2025

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:    **United States v. Kurbonali Sultanov**
                         **Criminal Docket No. 22-149 (NRM)**

Dear Honorable Morrison:

During the last court appearance, this Court directed the undersigned to contact Federal Defender's Office to coordinate the resubmission of the sentencing submission. The Court also instructed that, by October 17, 2025, the undersigned inform the Court of the amount of time necessary to complete and resubmit the full sentencing memorandum.

After conferring with counsel form the Federal Defender's Office, the undersigned respectfully requests a four-month adjournment from today's date to allow the defense sufficient time to resubmit the sentencing memorandum and response to Pre-Sentencing Report.

Previously, this issue was communicated to Ms. Nina Gupta via phone, and she agreed to the adjournment. The defense consents to excludable delay as it was previously discussed on the record. See, 18 U.S.C. 3161(h)(7)(A) (excluding from the 70-day period between the return of an indictment and the commencement of trial any time that the Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial").

                                                            Respectfully submitted,

                                                             /s/ *Igor Niman*
                                                             Igor Niman, Esq.