

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:MMK
F. #2022R00224

271 Cadman Plaza East
Brooklyn, New York 11201

February 2, 2026

By ECF

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: <u>United States v. Kurbonali Sultanov</u>
           <u>Criminal Docket No. 22-149 (NRM)</u>

Dear Judge Morrison:

      Enclosed please find a proposed Final Order of Forfeiture as to the defendant, Kurbonali Sultanov, in the above-referenced case. Pursuant to the terms of the Preliminary Order of Forfeiture entered on or about September 25, 2025, the United States was directed to judicially seize and commence publication as to the seized property described therein. Publication was completed on December 13, 2025. *See Declaration of Publication*, Docket No. 64. No third-party claims have been filed and the time to do so has expired.

      In accordance with Rule 32.2 of the Federal Rules of Criminal Procedure, the government therefore respectfully requests that the Court enter the enclosed proposed Final Order of Forfeiture.

      Thank you for Your Honor's consideration of this submission.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:   /s/ Marsalla M. King
     Marsalla M. King
     Special Assistant U.S. Attorney
     718-254-6188

Encl.: Final Order of Forfeiture
cc:    Counsel of Record (by ECF)