**Igor Niman, Esq.**
**Attorney at Law**
**1909 East 17th Street**
**Brooklyn, NY 11229**
**Phone: (718) 382-1689**
**Fax: (718) 228-6633**
**Email: igor_niman@yahoo.com**

March 19, 2026

By ECF

The Honorable Nina R. Morrison
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    **United States v. Kurbonali Sultanov**
       **Criminal Docket No. 22-149 (NRM)**

Dear Honorable Morrison:

I am an attorney for the Defendant in the above referenced matter. Currently Mr. Sultanov is scheduled for sentencing on April 17, 2026.

Currently, Mr. Sultanov is out on curfew from 8:00AM to 8:00PM daily with location monitoring

Tomorrow, is the first day of Eid al-Fitr, marking the end of the holy month of Ramadan. Thus, Mr. Sultanov is seeking to attend the prayer at the local mosque at 7am.

This request was provided to the pretrial services. According to my communication with Pretrial Services, the office is awaiting Court's decision.

The undersigned is respectfully seeking Court's permission to allow Mr. Sultanov to leave his home at 6:30 am on March 20, 2026 to allow him to be present at the prayer starting at 7 a.m. and lasting until 7:45 am. Mr. Sultanov is expected to come back home at 8 a.m.

Thank you very to for your attention to this matter.

Sincerely,

*Igor Niman*