# Federal Defenders
## OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

April 20, 2026

Hon. Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  *United States v. Kurbonali Sultanov*, 22 CR 149

Dear Judge Morrison:

I am writing to respectfully request that the Court order that Pretrial return Mr. Sultanov's passport to the Federal Defenders. The reason for this request is that Pretrial informed me that either Mr. Sultanov or his designated representative "must" submit this type of request within 90 days of the termination of his pretrial release to avoid his passport being transferred to another agency. The letter I received from pretrial is attached to this letter.

Respectfully submitted,

/s/

Allegra Glashausser
Assistant Federal Defender
Federal Defenders of New York
(212) 417-8739
allegra_glashausser@fd.org

1

# United States Pretrial Services Agency

Eastern District Of New York

**Roberto Cordeiro**
Chief Pretrial Services Officer

**Ignace Sanon-Jules**
Deputy Chief Pretrial Services Officer



☑ **U.S. Courthouse**
**225 Cadman Plaza East**
**South Wing, Room 219**
**Brooklyn, N.Y. 11201**

*Voice: 718-613-2570*
*Fax : 718-613-2568*

☐ **U.S. Courthouse, 2nd Floor**
**200 Federal Plaza, West Wing**
**Central Islip, N.Y.    11722**

*Voice: 631-712-6400*
*Fax : 631-712-6415*

04/17/2026

Allegra W. Glashausser
Federal Defenders of New York
One Pierrepont Plaza
Brooklyn, NY 11201

RE: Kurbonali Sultanov

Docket:  1:22CR00149

Dear Counsel,

To reclaim a surrendered travel document, the defendant or their designated representative must submit a request to the Court within ninety (90) days of the termination of the pretrial release order. The Court order should indicate that the travel document be returned to the defendant or transferred to the United States Probation Office, if applicable.

If the ninety-day period has expired, Pretrial Services will transfer any unclaimed passports and/or travel documents to the U.S. Department of State, the issuing agency, or the U.S. Department of Homeland Security, Immigration, and Customs Enforcement, as specified in the Guide to Judiciary Policy, Volume 8, Part C, Chapter 5, Section 535.45.20.

Very truly yours,

Roberto Cordeiro
Chief U.S. Pretrial Services Officer

Valeria Lopez
U.S. Pretrial Services Officer