UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,                    FINAL ORDER OF FORFEITURE

   - against -                               22-CR-149 (NRM)

KURBONALI SULTANOV,

               Defendant.

– – – – – – – – – – – – – – – – –X

WHEREAS, on or about January 31, 2025, Kurbonali Sultanov (the

"defendant"), entered a plea of guilty to the Sole Count of the above-captioned Indictment,

charging a violation of 18 U.S.C. §§ 2252(a)(4)(B) and 2252(b)(2);

WHEREAS, on September 25, 2025, this Court entered a Preliminary Order of

Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal

Procedure, finding that all right, title and interest in the following assets, both seized by law

enforcement on or about March 5, 2025, at John F. Kennedy International Airport, in

Queens, New York (collectively, the "Seized Property"):

     (i)     one Samsung Galaxy Note 20 cellular telephone with serial number
             R5C1270B733T; and

     (ii)    one Samsung Galaxy Note 20 cellular telephone with serial number
             R5CR82BW88H,

are forfeitable to the United States, pursuant to 18 U.S.C. § 2253(a), as: (a) any visual

depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B or 2260, or any

book, magazine, periodical, film, videotape, or other matter which contains any such visual

depiction, which was produced, transported, mailed, shipped or received in violation of such

sections; (b) any property, real or personal, constituting, or traceable to, gross profits or other

proceeds obtained from such offense; (c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and/or (d) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) (Docket No. 59);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning November 14, 2025, through and including December 13, 2025 (Docket No. 64); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 2253(a) and 2253(b), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Property are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the U.S. Customs & Border Protection, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of

Forfeiture and the Preliminary, and the Final Order of Forfeiture shall be made part of the

defendant's sentence and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office

mail two (2) certified copies of this executed Final Order of Forfeiture to the United States

Attorney's Office, Eastern District of New York, Attn: FSA Paralegal Yvette Ramos, 271-A

Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
                                    February 3 , 2026

SO ORDERED:


_____/s/ NRM_____
HONORABLE NINA R. MORRISON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

---